UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\*

Darren Littlejohn,

       Petitioner,

vs.                                                                 ORDER

Dwight L. Fondren,

       Respondent.                   Civ. No. 08-4757 (RHK/RLE)

Having reviewed de novo Petitioner's Objections to the July 29, 2008 Report and Recommendation of Chief Magistrate Judge Raymond L Erickson, the court concludes that it should be adopted.

Accordingly, and upon all the files, records and proceedings herein,

IT IS ORDERED:

    1.     the Objections (Docket No. 4) are OVERRULED;

    2.     the Report and Recommendation (Docket No. 3) is ADOPTED; and

    3.     the Petition for Habeas Corpus Relief under Title 28 U.S.C. §2241 (Docket No. 1) is summarily dismissed, for lack of jurisdiction.

DATED: August 13, 2008

                                                  s/ Richard H. Kyle
                                                  Judge Richard H. Kyle
                                                  United States District Judge